**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Barry Lee Benson, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Colby Braun, Warden, | ) | Case No.  1:17-cv-244 |
| | ) | |
| Respondent. | ) | |

On May 4, 2018, petitioner filed a request for a certificate of appealability.  In its March 28, 2018, order granting respondent's motion to dismiss, the court declined to issue petitioner a certificate of appealability.  In so doing, it opined: "Reasonable jurists would not debatable the disposition of the claims, whether on the merits or on procedural grounds."  (Doc.  No. 20). Accordingly, defendant's instant request (Doc.  No.  25) is **DENIED.**

   **IT IS SO ORDERED.**

   Dated this 4th day of May, 2018

                              */s/ Charles S.  Miller, Jr.*
                              Charles S.  Miller, Jr., Magistrate Judge
                              United States District Court